UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cr-00054-1

**United States of America**

v.

**Desnique Deshawn Herndon**

# ORDER

This criminal action was referred for a *Jackson–Denno* hearing concerning the voluntariness of any alleged statements and confession. Doc. 228. After conducting a hearing, the magistrate judge issued a report recommending that defendant's objection to admission of the July 30, 2021 statement and confession be overruled. Doc. 240. No party filed written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court overrules defendant's objection to admission of the July 30, 2021 statement and confession.

*So ordered by the court on June 8, 2023.*

J. CAMPBELL BARKER
United States District Judge